UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:2:23-cr-20193<br>Judge: Steeh, George Caram<br>MJ: Patti, Anthony P.<br>Filed: 03-29-2023 At 02:59 PM<br>INDI USA V REX DALE PHELPS (LG) |
| v. | Violation: 18 U.S.C. § 2244(a)(3): Abusive Sexual Contact; 49 U.S.C. § 46506: Application of Certain Criminal Laws to Acts on Aircraft |
| REX DALE PHELPS,<br><br>     Defendant.<br>_____/ | |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 2244(a)(3)
### 49 U.S.C. § 46506
### Abusive Sexual Contact of a Child

Beginning on or about January 16, 2023 and continuing until on or about February 8, 2023, while in the special aircraft jurisdiction of the United States, to wit, a civilian aircraft registered under Chapter 441 of Title 49 of the United States Code, registered with FAA registration mark 152RX, during flights that originated and landed in the Eastern District of Michigan, defendant REX DALE PHELPS knowingly engaged in and caused sexual contact, as defined in 18 United States Code Section 2246(3), with Minor Victim 1, a person who had attained the age of

12 years but had not attained the age of 16 years, and who was at least four years younger than REX DALE PHELPS.

All in violation of Title 18, United States Code, Section 2244(a)(3) and Title 49, United States Code, Section 46506.

                              THIS IS A TRUE BILL

                              *s/ Grand Jury Foreperson*
                              GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Brandy R. McMillion*
BRANDY R. MCMILLION
Chief, Major Crimes Unit

*s/Tara M. Hindelang*
TARA M. HINDELANG
Assistant United States Attorney

Dated:  March 29, 2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:2:23-cr-20193<br>Judge: Steeh, George Caram<br>MJ: Patti, Anthony P.<br>Filed: 03-29-2023 At 02:59 PM<br>INDI USA V REX DALE PHELPS (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: *TMH* |

**Case Title:** USA v. Rex Dale Phelps

**County where offense occurred:** Macomb ✓

**Check One:**    ☒ Felony      ☐ Misdemeanor      ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30087   ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 29, 2023
Date

Tara Mathena Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9543
Fax:    313-226-2372
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.