UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:23−cr−20193−SJM−APP
                                               Hon. Stephen J. Murphy

Rex Dale Phelps,

                Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Rex Dale Phelps

The defendant(s) shall appear before District Judge Stephen J. Murphy, III at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: January 25, 2024 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/R Loury
                                                            Case Manager

Dated: October 26, 2023