UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REX DALE PHELPS,

        Defendant.
_____/

Case No. 2:23-cr-20193

HONORABLE STEPHEN J. MURPHY, III

## ORDER SUBSTITUTING COUNSEL

Defendant Rex Dale Phelps submitted to the Court's chambers, through his counsel Attorney Samuel Bennett, a proposed consent order requesting that Attorney Bennett be substituted for Attorney Thomas Rombach. After review, the Court will enter the notice of substitution.

**WHEREFORE**, it is hereby **ORDERED** that Attorney Samuel Bennett be **SUBSTITUTED AS COUNSEL** for Attorney Thomas Rombach.

**IT IS FURTHER ORDERED** that Attorney Thomas Rombach must be **REMOVED** from receiving electronic notices on the case.

**SO ORDERED.**

                                      s/ Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: December 4, 2023