UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

REX PHELPS,

       Defendant.

Criminal No.: 23-cr-20193

Hon. Stephen J. Murphy, III

---

**STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE**

---

The parties stipulate and jointly move to amend Defendant's conditions of release to allow extended hours on tether for attendance at a get-together on December 31, 2023, from 5:30pm until 11pm EST, while subject to all other release conditions.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant

/s/Samuel Bennett
Samuel Bennett
Attorney for Defendant
25600 Woodward Ave., Ste. 214
Royal Oak, MI 48067
sam@bennettplc.com
(248) 281-6991

/s/Tara Hindelang (w/permission)
Tara Hindelang
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Tara.Hindelang@usdoj.gov
(313) 410-5177

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                      Criminal No.: 23-cr-20193

    Plaintiff,

                                      Hon. Stephen J. Murphy, III

v.

REX PHELPS,

    Defendant.

---

**ORDER TO AMEND CONDITIONS OF RELEASE**

---

Defendant's conditions of release are amended to extend his tether hours for attendance at a get-together on December 31, 2023, from 5:30pm until 11pm EST, while subject to all other release conditions.

IT IS SO ORDERED.

                                                s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: January 2, 2024