UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                  Criminal No.: 23-cr-20193

        Plaintiff,

                                  Hon. Stephen J. Murphy, III

vs.

REX PHELPS,

        Defendant.

_____

**STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE**
_____

The parties stipulate and jointly move to amend Defendant's conditions of release to allow the Defendant a one-day visit to the Ray Municipal Airport on April 20, 2024, between the hours of 8:30 a.m. and 5:30 p.m. with escort, Joseph Kozar, to winterize his airplane, prepare for time away from and to clean the hangar, while subject to all other release conditions.

Respectfully Submitted,

SAMUEL J. BENNETT
Attorney for Defendant

| | |
|---|---|
| */s/Samuel Bennett* | */s/Tara Hindelang (w/permission)* |
| Samuel Bennett | Tara Hindelang |
| Attorney for Defendant | Assistant United States Attorney |
| 25600 Woodward Ave., Ste. 214 | 211 W. Fort St., Ste. 2001 |
| Royal Oak, MI 48067 | Detroit, MI 48226 |
| sam@bennettplc.com | Tara.Hindelang@usdoj.gov |
| (248) 281-6991 | (313) 410-5177 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                       Criminal No.: 23-cr-20193

      Plaintiff,

                       Hon. Stephen J. Murphy, III

vs.

REX PHELPS,

      Defendant.

_____

## ORDER AMENDING CONDITIONS OF RELEASE
_____

Defendant's conditions of release are amended to allow the Defendant a one-day visit to the Ray Municipal Airport on April 20, 2024, between the hours of 8:30 a.m. and 5:30 p.m. with escort, Joseph Kozar, while subject to all other release conditions.

      **IT IS SO ORDERED**.

                                  s/ Stephen J. Murphy, III
                                  STEPHEN J. MURPHY, III
                                  United States District Judge

Dated: April 17, 2024